1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARIO SOLORZANO,               ) Case No. CV 14-1449 PA (MRW)
                  Petitioner,  )
          vs.                  ) JUDGMENT
JEFFREY BEARD, Warden,         )
                  Respondent.  )
_____ )

　　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　　IT IS ADJUDGED that the Attorney General's dismissal motion is granted and this action is dismissed with prejudice.

DATE: September 25, 2014          _____

                                  HON. PERCY ANDERSON
                                  UNITED STATES DISTRICT JUDGE